# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mankato Iron & Metal, Inc., | Civil No. 09-865 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Wise Alloys, LLC, | |
| Defendant. | |

Based on the parties' Stipulation (Doc. No. 32), **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated: August 3, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge